SOPHIE GUNSBERG, Plaintiff, v. NATHAN L. GUNSBERG, Respondent. HARRY MENDELSOHN, Corespondent, Appellant.— Order affirmed, with ten dollars costs and disbursements. We think the conduct of the corespondent is such as to constitute a waiver of any rights given him by section 1757 of the Code of Civil Procedure, and, therefore, we follow the decision of the First Department in *Boller* v. *Boller* (111 App. Div. 240.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

JOHN HOLDEN, Respondent, v. EFFICIENT CRAFTSMAN CORPORATION and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

I. W. HOLDING COMPANY, INC., Respondent, v. BERKSHIRE REALTY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

AUGUST JACHMANN, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

FRANK L. KENNY and FRANK P. FEELEY, Appellants, v. THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

MARY ANN KIRKMAN, as Administratrix, etc., of THOMAS KIRKMAN, Deceased, Appellant, v. COMMISSIONERS OF THE PALISADES INTERSTATE PARK, Respondent.— Order and judgment unanimously affirmed, with costs. The defendant is a public corporation and an instrumentality of the State in maintaining its park system, and as such it is not liable for torts in the performance of its duties.* Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JOHN A. KLEIN, as Receiver of the Property of EDWARD REYNAUD and EUGENIE H. REYNAUD, Respondent, v. JOSEPHINE T. HAWXHURST, Appellant, Impleaded with EDWARD REYNAUD and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

GEORGE S. MAWHINNEY, Respondent, v. MEYER FREUND, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

WILLIAM L. McGANN, Respondent, v. THE LEHIGH VALLEY COAL COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment and order reversed and new trial granted, with costs to abide the event, on the ground that the verdict was against the weight of the evidence, and the finding of the jury, implied in the verdict, that the defendant was negligent, is reversed. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur. Settle order on notice before Mr. Justice Rich.

* See Laws of 1900, chap. 170, § 2, as amd. by Laws of 1920, chap. 283.— [REP.